

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-24-00220-CV

---

Vanessa Velez Labrado, Appellant

v.

Leith Labrado and Laboe Labrado, Appellees

---

On Appeal from the 243rd District Court
El Paso County, Texas
Trial Court No. 2021DCV3955

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render judgment that Appellees take nothing.

We further order that Appellant recover from Appellees all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 31st day of October 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza C.J., Palafox and Soto, JJ.
Soto, J., concurring and dissenting